No. 542. DOOLITTLE, EXECUTOR, *v.* ALLEN, COLLECTOR OF INTERNAL REVENUE. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George B. Thummel* and *W. M. Morton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. C. Thompson,* and *Wm. H. Riley, Jr.,* for respondent.

No. 543. WALSH *v.* UNITED STATES;
No. 544. D'AGOSTIN *v.* SAME;
No. 545. DODARO *v.* SAME; and
No. 546. CAPRIOLA *v.* SAME. January 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David D. Madden* for Walsh. *Mr. Frank R. Reid* for D'Agostin. *Mr. Harry B. North* for Dodaro and Capriola. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter* and *Paul D. Miller* for the United States.

No. 299. AERO MAYFLOWER TRANSIT CO. *v.* CONWAY, SECRETARY OF STATE, ET AL. Appeal from the District Court of the United States for the Eastern District of Louisiana. October 3, 1932. Dismissed on motion of *Messrs. Wm. J. Guste, Edgar Watkins, Mac Asbill, Edgar Watkins, Jr.,* and *Edwin T. Merrick* for appellant. *Mr. Gaston L. Porterie* for appellees.